FILED

08/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0199

IN THE MATTER OF:

S.G.-H.M., JR.,

A Former Youth Under the Age of 18.

## ORDER

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement Record on Appeal is GRANTED. The transcript of the hearing dated July 10, 2013, shall be placed in the file of this Court for this cause. The Clerk shall serve a copy of this Order upon the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2020